ALBANY,
Nov. 1830.

Child
v.
H inter.
Nov. 18th.

THE PEOPLE, on the relation of Strait, *vs.* STEUBEN C. P.

WHERE the *seal* attached to a *certiorari* is not the seal of the court out of which the writ issues, an amendment by affixing the right seal may be allowed.

---

DENISON *vs.* SEYMOUR.

Nov. 18th.

IN setting a *case*, the circuit judge cannot strike out *testimony* set forth in the case, drawn up by the party making the same, not proposed to be stricken out by the opposite party in the amendments served by him. It is otherwise in a bill of exceptions; there, only such parts of the evidence are set forth as are material and necessary to present the question of law raised by the bill.